UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPRING AWAKENING, LLC,

                              Plaintiff,

        - against -

CERTAIN UNDERWRITERS AT
LLOYDS, LONDON and DOES 1 to 50,

                             Defendants.

**ORDER**

22 Civ. 5195 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Following a transfer from the Central District of California (Dkt. No. 37), this matter has been assigned to this Court.

        A status conference in this matter will take place on **July 7, 2022 at 11:45 a.m.** via telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

        By **June 30, 2022**, the parties will submit a joint letter addressing the following in separate paragraphs:  (1) a brief description of the case, including the factual and legal bases for

2

the claims and defenses; (2) any contemplated motions; and (3) the history of settlement discussions and the prospect for settlement. With their joint letter, the parties will submit a jointly proposed Case Management Plan. A model Case Management Plan is available on the Court's website.

Dated: New York, New York
  June 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge