UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPRING AWAKENING, LLC,

                  Plaintiff,

- against -

CERTAIN UNDERWRITERS AT
LLOYDS, LONDON and DOES 1 to 50,

                  Defendants.

**ORDER**

22 Civ. 5195 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The status conference in this matter currently scheduled for July 21, 2022 is adjourned to **August 18, 2022 at 2:00 p.m.** via telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.

        Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

By **August 11, 2022**, the parties will submit a revised joint letter and revised proposed Case Management Plan as set forth in the Court's previous order (Dkt. No. 38).

Dated: New York, New York
July 14, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge