UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPRING AWAKENING, LLC,

                Plaintiff,

- against -

CERTAIN UNDERWRITERS AT
LLOYDS, LONDON, et al.

                Defendants.

**ORDER**

22 Civ. 5195 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    Upon the application of Plaintiff Spring Awakening, LLC, by and through its counsel, Lawrence P. Eagel, and with the consent of Defendants, the Order to Show Cause previously entered by this Court (see Dkt. No. 47) is hereby vacated.

    Accordingly, the show cause hearing currently scheduled for August 24, 2022 is adjourned sine die.

    An initial pre-trial conference will take place on **August 24, 2022 at 4:45 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 24, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge