UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRING AWAKENING, LLC,<br><br>                    Plaintiff,<br><br>          - against -<br><br>CERTAIN UNDERWRITERS AT<br>LLOYDS, LONDON, et al.<br><br>                    Defendants. | **ORDER**<br><br>22 Civ. 5195 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        As stated on the record at the August 24, 2022 conference, the deadlines in this matter are stayed for thirty days, so that the parties may engage in settlement discussions.

        On **September 23, 2022**, the parties will submit a joint letter informing the Court whether the parties have reached a settlement in principle. If the parties have not reached a settlement by that date, the Court will schedule a status conference.

Dated:  New York, New York
        September 8, 2022

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge