UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPRING AWAKENING, LLC,

           Plaintiff,

- against -

CERTAIN UNDERWRITERS AT LLOYD'S LONDON ET AL.,

           Defendants.

**ORDER**

22 Civ. 5195 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Certain Underwriters at Lloyd's London seeks leave to file a motion to dismiss Plaintiff's claims. (See Def. Ltr. (Dkt. No. 78)) Briefing concerning Defendant's motion to dismiss will proceed on the following schedule:

    (1)    Defendant's motion is due by **June 15, 2023.**

    (2)    Plaintiff's opposition is due by **June 29, 2023.**

    (3)    Defendant's reply, if any, is due by **July 6, 2023.**

Under Rule IV(C) of this Court's individual rules, the "bundling rule," parties may not file motions electronically on ECF until the motion is fully briefed.

      The conference scheduled for June 1, 2023 is adjourned sine die.

Dated:  New York, New York
         May 31, 2023

SO ORDERED.

*Paul S. Gardephe* (signature)

Paul G. Gardephe
United States District Judge